Rel: May 9, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0280

Susan Vicens, as personal representative of the Estate of Koa Makaheo Vicens, deceased v. University of Alabama Health Services Foundation, P.C., and Carlos A. Aristizabal, M.D. (Appeal from Jefferson Circuit Court: CV-18-903152).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Bryan, Mendheim, and Cook, JJ., concur.